IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02913-WJM-MEH

ANTONITTE POLK and
AUDWIN DUBOSE,

    Plaintiff,

v.

J. BODE HOLDINGS, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 27, 2012.**

    The Joint Motion to Vacate Settlement Conference [filed April 26, 2012; docket #11] is **granted**. The Settlement Conference scheduled in this case for May 4, 2012, is hereby **vacated**. The parties may reschedule the matter by calling my Chambers at (303)844-4507 to obtain an available date.