IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02913-WJM-MEH

ANTONITTE POLK, and
AUDWIN DUBOSE,

      Plaintiffs,

v.

J. BODE HOLDINGS, INC., a Colorado corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 4, 2012.**

      Plaintiffs' Motion to Compel [filed May 25, 2012; docket #14] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 37(a) and D.C. Colo. LCivR 7.1A.  The Court reminds the parties that it "will not consider ***any motion***, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel."  D.C. Colo. LCivR 7.1A (emphasis added).  Plaintiffs represent that their counsel conferred with counsel for Defendant by sending a letter on May 1, 2012.  However, because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail.  *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003).  Without more information regarding Plaintiffs' attempt to confer, the Court is not satisfied that Plaintiffs have made a "reasonable, good-faith effort" to obtain the requested discovery prior to filing the present motion.