IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02913-WJM-MEH

ANTONITTE POLK, and
AUDWIN DUBOSE,

    Plaintiffs,

v.

J. BODE HOLDINGS, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 10, 2012.**

    Defendant's Motion to Modify the Scheduling Order to Extend the Discovery Cutoff Deadline [filed July 6, 2012; docket #23] is **granted in part** and **denied in part** as follows.[1]  For good cause shown, the Court will extend the Discovery Deadline through and including **August 3, 2012**, for the limited purpose of permitting Defendant to depose the Plaintiffs.  All other deadlines remain in effect.  With respect to Defendant's remaining request, the Court does not find that an award of attorneys fees or costs is appropriate at this time.

---

[1] Pursuant to D.C. Colo. LCivR 7.1C, the Court decides the motion without a response from Plaintiffs.