IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02913-WJM-MEH

ANTONITTE POLK,

    Plaintiff,

v.

J. BODE HOLDINGS, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2012.**

    Pursuant to Judge Martinez's Order dismissing Audwin Dubose from this lawsuit [docket #38], Defendant's Motion to Compel the Plaintiff Audwin Dubose to be Deposed in the Denver, CO Metro Area [filed July 6, 2012; docket #24] is **denied as moot**.  Pursuant to Fed. R. Civ. P. 30(a)(1), Mr. Dubose's attendance at a deposition "may be compelled by subpoena under Rule 45."