IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02913-WJM-MEH

ANTONITTE POLK,

      Plaintiff,

v.

J. BODE HOLDINGS, INC., a Colorado corporation,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 8, 2012.**

      This matter comes before the Court *sua sponte*. The Court has received information from the parties that the case has settled.  Therefore, the hearing scheduled in this case for August 9, 2012, is **vacated** and Plaintiffs' Second Motion to Compel [filed June 22, 2012; docket #17] is **denied as moot**.  The parties shall file dismissal documents on or before September 7, 2012.