**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02913-WJM-MEH

ANTONITTE POLK

    Plaintiff,

v.

J. BODE HOLDINGS, INC., a Colorado corporation

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**

---

This matter comes before the Court on the Plaintiff's Unopposed Motion to Dismiss filed September 11, 2012 (ECF No. 43). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 12th day of September, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge